Ryan J. Marton (CA Bar No. 223979)
ryan@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market St. Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2511
Facsimile: (415) 795-1081

Phillip J. Haack (CA Bar No. 262060)
phaack@martonribera.com
Lauren E. Whittemore (CA Bar No. 255432)
lwhittemore@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market St. Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2511
Facsimile: (415) 795-1081

*Attorneys for Defendant Zoho Corporation.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA TAMKIN, an individual<br><br>Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION, a California Corporation.<br><br>Defendant. | Case No. 3:19-cv-07465<br><br>**DEFENDANT ZOHO CORPORATION'S NOTICE OF WITHDRAWL OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTION 1441** |

Defendant Zoho Corporation ("Zoho") by and through its undersigned counsel, respectfully withdraws its Notice of Removal (Dkt. No. 1) filed on November 13, 2019. In support, Zoho states the following:

1. The Notice of Removal of Civil Action under 28 U.S.C. Section 1441 was filed in error.
2. The Notice of Removal has not yet been filed in the Superior Court of Alameda County.
3. Zoho respectfully withdraws its Notice of Removal under 28 U.S.C. Section 1441.

WHEREFORE, Zoho respectfully requests that its Notice of Removal be withdrawn and this case dismissed without prejudice.

Date: November 13, 2019

By: */s/ Ryan J. Marton*
Ryan J. Marton (CA Bar No. 223979)
ryan@martonribera.com

Phillip J. Haack (CA Bar No. 262060)
phaack@martonribera.com
Lauren E. Whittemore (CA Bar No. 255432)
lwhittemore@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market St. Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2511
Facsimile: (415) 795-1081

*Attorneys for Defendant ZOHO CORPORATION*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2019, I caused a true and correct copy of Zoho Corporation's Notice of Withdrawal of its Notice of Removal to be served on counsel of record for Plaintiff, D. Burgundy Morgan via e-mail at bmorgan@onellp.com, Deepali Brahmbhaat via email at dbrahmbhatt@onellp.com, and James D. Myers via e-mail at jmyers@sls-law.com.

Dated: November 13, 2019          By:   /s/ *Ryan J. Marton*
                                        Ryan J. Marton